sult with the Said Cap^ts Marshall, and Arthur What to Do with the Said Ship and Cargoe, and after Consulting Sometime and they Considering that there was no possibility of any relief, to be had here and that the Said Ship must intirely, Sink and perish The aforementioned Privateers would have assisted them w^th Some men, but Could not with a Ships Company, and all his Officers was run away, there was none of the Privateers men would Stay w^th him, Notwithstanding the Said Captains of the aforesaid Privateers would have used all the perswasions they Could with their people to have Stay'd Therefore the Said Cap^t W^m Marshall and Cap^t George Arthur Did Advise the Said Cap^t Richardson to make Application to the aforesaid Captains of the Privateers and Deliver the Said Ship into their hands and Possession as aforementioned being the Only Way they Could advise him to, for the Safety of the Ship and Cargoe.

Given under Our hands at the Island of Grand Caimainas the 30th Day of July 174[2]

W^m Marshall                     W^m Richardson
George Arthur
George Filer

Cap^t William Richardson Acknowledged in Open Court that the Name William Richardson above subscribed was his own hand Writing.


### ROBERT FLOWERS ETC. VS SHIP *Alexander* AND CARGO ETC.

Saturday Sep^r 18th 1742

Sep^r 20th 1742

The Court being Opened According to Adjournm^t And after several Pleas by the Attrys on both sides the Court is adjourned to 3 aClock P: M

The Court being Opened According to Adjournm^t is Adjourned to Saturday the 25th Inst^t at a 11 a Clock A: M

Hen Bull advocate for the Defend^t moved to the Court that the case might be suspended and that Commission^rs might be appointed in new york to take the deposission of Cap^t George Arter who was privy to and in Consultation with the Command^rs of the Several Vessels which at the Gran Commanas where the Defend^t met with his defeculties by his men leaving of him

dewing out etc. he s^d Arter being a person disinterested might confront the evidences of the several officers of the three private men of warr who have sworn in this Case, and whose Interest must be Effected upon the event of the same being given either way: which motion was overruled by the Court for Cap^t Arthur has given under his hand what he knew of the Affair in the Affidavits produced in Court